1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  JOSH F. SIGAL
   Special Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  (916) 554-2700

6

7  Attorneys for Plaintiff
   United States of America
8

**FILED**

MAR 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 2:14-CR-0075 TLN

13              Plaintiff,                ORDER TO SEAL
                                          (UNDER SEAL)
14       v.

15  SIDNEY DANIELS,
        aka "Sid,"
16
                Defendant.
17

18       The Court hereby orders that the Indictment, the Petition of Special Assistant U.S. Attorney Josh F.
19
    Sigal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of
20
    the Court.
21

22
    Dated: 3/13/14
23
                                              _____
24                                            HONORABLE DALE A. DROZD
                                              United States Magistrate Judge
25

26

27

28