UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 22, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIDNEY DANIELS, )<br>)<br>Defendant. ) | Case No. 2:14-cr-00075-TLN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SIDNEY DANIELS, Case No. 2:14-cr-00075-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on previously ordered supervised release conditions.

___   Bail Posted in the Sum of: $

    ___ Co-signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   5/22/2017   at   2:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge