# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Troy L. Nunley<br>United States District Judge<br>Sacramento, California | RE: **Sidney Daniels**<br>    **Docket Number: 2:14CR00075 -1**<br>    <u>**VIOLATION PETITION DISMISSAL**</u> |

Your Honor:

The above named offender is scheduled to appear before Your Honor on June 8, 2017. The violation petition is based on a new law violation regarding the offender's possible involvement in an indoor marijuana grow; and for failure to notify a change in residence on May 19, 2017. Based on further investigation, it was determined that the marijuana grow belonged to a tenant who was residing on the same property adjacent to the home where the offender was living at during that time. As such, the undersigned is recommending the violation petition, that is pending, be taken off the Court's calendar for June 8, 2017, and dismissed. Both Defense and Government counsel have been advised and are in agreement.

Respectfully submitted,

/s/ Paul Mamaril

Paul Mamaril
United States Probation Officer

Dated:   June 5, 2017
         Sacramento, California

|   |   |
|---|---|
| **REVIEWED BY:** | /s/ Toni Ortiz<br>**Toni Ortiz**<br>**Supervising United States Probation Officer** |

**RE:** Sidney Daniels
Docket Number: 2:14CR00075 -1
<u>Violation Petition Dismissal</u>

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

June 5, 2017
**Date**

**Troy L. Nunley**
**United States District Judge**

cc: Jill Thomas (jill.thomas@usdoj.gov)
Assistant United States Attorney

Michael Petrik (timothy_zindel@fd.org)
Defense Counsel